# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## ON REMAND

## NO. 03-22-00032-CR

**The State of Texas, Appellant**

**v.**

**Jesus Alberto Guzman Curipoma, Appellee**

### FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-22-000058, THE HONORABLE JAN SOIFER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

We consider this appeal on remand from the Texas Court of Criminal Appeals. *Ex parte Curipoma*, 691 S.W.3d 592, 592 (Tex. Crim. App. 2024). We previously concluded that the Travis County District Court had jurisdiction of Jesus Alberto Guzman Curipoma's habeas application as to the misdemeanor criminal-trespass charge pending against him, held that the Kinney County Attorney was not authorized to appeal on the State's behalf, and dismissed the appeal for want of jusridiction. *State v. Curipoma*, 652 S.W.3d 74, 78, 80 (Tex. App.—Austin 2022), *rev'd sub nom. Ex parte Curipoma*, 691 S.W.3d at 592. The Court of Criminal Appeals vacated our judgment and remanded for reconsideration in light of *In re Smith*, 665 S.W.3d 449 (Tex. Crim. App. 2022), which held that the "district court in Travis County must refrain from resolving the merits of habeas applications for misdemeanor cases arising in

Kinney County." *Ex parte Curipoma*, 691 S.W.3d at 592 (citing *In re Smith*, 665 S.W.3d at 461).

Following the instructions of the Court of Criminal Appeals, we vacate the district court's Order Granting Habeas Corpus Relief and remand this cause to the district court for reconsideration in light of *In re Smith*.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Smith

Vacated and Remanded

Filed:  August 15, 2024

Do Not Publish